**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-40585
Summary Calendar

BRUCE HARDWOOD FLOORS, A Division of Triangle Pacific Corporation

Plaintiff-Counter Defendant-Appellant

VERSUS

UBC, Southern Council of Industrial Workers, Local Union No. 2713

Defendant-Counter Claimant-Appellee

Appeal from the United States District Court
for the Eastern District of Texas
9:97-CV-127)

October 16, 1998

Before DAVIS, DUHÉ and PARKER, Circuit Judges.

PER CURIAM:[1]

Our review of the record and the briefs convinces us that the district court committed no error. For that reason, we affirm for the reasons given by the district court in its Memorandum and Order filed on April 6, 1998.

AFFIRMED.

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.